UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
GUY ZAPPULLA,                      :

                Plaintiff,         :        **ORDER**

        -against-                  :        07 Civ. 7709 (LBS)(MHD)

COMM'R MARTIN HORN, et al.,        :

                Defendants.        :
                                   :
-----------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

        It is hereby **ORDERED** that a telephone conference has been

scheduled in the above-captioned action on **FRIDAY, MAY 9, 2008 at**

**11:00 AM**, at which time you are directed to call chambers at

(212) 805-0204. Any requests for adjournment of this scheduled

conference must be in writing, with copies to all other parties,

and must be preceded by reasonable efforts by the requesting

party to obtain the consent of those parties.

**DATED:   New York, New York**
          **April 18, 2008**

                                **SO ORDERED.**


                                _____
                                **MICHAEL H. DOLINGER**
                                **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

Mr. Guy Zappulla
900-06-00345
MDC
125 White St.
New York, NY 10013

Morgan David Kunz, Esq.
NYC Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007