UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

GUY ZAPPULLLA,

        Plaintiff,

-against-

COMMISSIONER MARTIN HORN; WARDEN
OKADA; CHIEF SQUILLANTE; DEPUTY
WARDEN RUGGERIO; DEPUTY WARDEN
JERGENSON; CAPTAIN SHELTON;
CAPTAIN MORALES; C.O. MOULGRAVE;
MR. ALLOO, individually and in there official
capacity,

        Defendants.
---------------------------------------------------------X

AMENDED ORDER

07 Civ. 7709 (LBS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-08

**LEONARD B. SAND, U.S.D.J.**:

    On February 27, 2008, defendants filed with the Court their discovery responses as required by Local Rule 33.2 (providing for expedited discovery in certain *pro se* prisoner civl rights cases). By letter dated March 21, 2008, defendants requested that their February 27th discovery responses be destroyed or removed from the Court's records and returned to them because their submission contained medical information. I granted defendants' request on March 25th, but failed to provide the Clerk of Court with guidance as to how to proceed.

    I write this order to provide such guidance. I hereby direct the Clerk of Court to strike defendants' Local Rule 33.2 Discovery Responses (Document #16) from the Court's Records and return them to Defendants' counsel, Corporation Counsel for the City of New York. I note for the record that on March 27th, defendants filed an Amended Response to the Local Rule 33.2 Standard Discovery Requests.

    SO ORDERED.

_____
LEONARD B. SAND
United States District Judge

Dated: April 22, 2008
New York, New York

COPIES MAILED TO ALL PARTIES
4-22-08