```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
GUY ZAPPULLA,                       :
                                    :
                 Plaintiff,         :      ORDER
                                    :
         -against-                  :      07 Civ. 7709 (LBS)(MHD)
                                    :
MARTIN HORN, et al.,                :
                                    :
                 Defendants.        :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A pre-trial telephone conference having been held with counsel for the respective parties on May 9, 2008,

It is hereby **ORDERED** as follows:

1. Plaintiff is to send defendants today another copy of his first set of interrogatories and document requests. Defendants are to serve their responses to those interrogatories and document requests by May 23, 2008.

2. Defendants are to serve and file their papers (including one or more affidavits or declarations and a memorandum of law) in support of their privilege claims with respect to plaintiff's security file by May 23, 2008. Defendants are to include submissions that are served on plaintiff. If they need to submit any materials for in camera review, they are to identify those materials to plaintiff.

3. Plaintiff may serve and file a response to the defendants' privilege submissions by June 6, 2008. If he does, defendants may serve and file a reply by June 13, 2008.

4. Defendants are to produce to plaintiff by May 23, 2008 an unredacted copy of his inmate classification note.

5. If defendants intend not to produce the building permit and certificate of occupancy pertinent to the recreation cages cited in the complaint, they are to serve and file a written explanation for their position by May 23, 2008. Plaintiff may respond by June 6, 2008

6. All discovery is to be completed by September 30, 2008.

7. The parties are to submit a joint pre-trial order by November 1, 2008, unless a potentially dispositive motion has been served by that date.

DATED:  New York, New York
        May 9, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Mr. Guy Zappulla
900-06-00345
MDC
125 White St.
New York, NY 10013

Morgan David Kunz, Esq.
NYC Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007