Honorable Michael H. Dolinger                                May 25, 2008

RE: <u>Guy Zappulla V. Horn et al</u>
    07 Civ. 7709 (LBS) MHD)



I am writing this after receiving Corp. Counslels letter dated May 23, 2008.  First and foremost in our last phone conference with yourself Counsel and I, Mr Kunz blatantly lied to the Court in saying "We never got his discovery request" so I now enclose his response to the Discorvery request I never sent dated February 27, 2008, I would .like to note it is my only copy, but could not get this copied for at least several days and obviously wanted to respond to this in a timely fashion.

Aside from lying to his honor, now Mr Kunz asked for a week extension to submitt and ex parte "Letter" this after I specifically remember you telling him that you would not allow this!  So its obvious aside from lying to the Court Mr Kunz is also not following your instructions either.

Secondly, Counsel did not mention my other issues at hand, namely the information i requested regarding trhe Illegal recreation cages and more importantly, what material what was turned over to the District attorneys office, and the jist of the conversation, the paperwork I was and still are referring to was Illegaly stolen from my cell, and the Corp. Counsel has admitted to having as much.

I would truly like to hash out these issues and would like to object to this and any other extensions of time and would like for the Court to order Mr Kunz to turn over this material without further delay, or for that matter further lying to the Court, I also would like to add I truly attempted an extremely fair negotiation but it met with negative results So I now have no choice but to review the material I asked for to prepare for an upcoming trial.

Sincerely
Guy Zappulla

ENDORSED ORDER
We received this communication from plaintiff with no indication that he has sent a copy to defendants' attorney. We will provide a copy to the attorney (if needed). In future, plaintiff must copy defendants' counsel on all communications with the Court and make that clear on the letter itself.

Your Honor,

    I would like to add I sent the Exact copy of my original Intorrogatory request, which I did not date the first time, so its obvious Mr Kunzs reply to the request He "Never got" actually fits my request which proves he received it AND replied to and then informed the Court he never did, which disturbed me.

    Thank you in advance
    Guy Zappulla